IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02087-BNB

HANEEF MAJEED,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Haneef Majeed, is a prisoner in the custody of the Federal Bureau of Prisons who was incarcerated at the Federal Prison Camp in Florence, Colorado, when he initiated the instant action by filing *pro se* a pleading titled "Section 2241 28 U.S.C. Petition for Relief" (ECF No. 1). On August 6, 2013, Magistrate Judge Boyd N. Boland directed him to file within thirty days an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the Court-approved form that sued the proper Respondent. The August 6 order also directed Mr. Majeed within thirty days either to pay the $5.00 filing fee or submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action together with a certificate showing the current balance in his prison account.

On August 16, 2013, the copy of the August 6 order mailed to Mr. Majeed at his last known address was returned to the Court as undeliverable. Mr. Majeed has failed, within the time allowed, to comply with the directives of the August 6 order or otherwise

to communicate with the Court in any way. Therefore, the pleading titled "Section 2241 28 U.S.C. Petition for Relief" (ECF No. 1) will be denied and the action dismissed without prejudice for Applicant's failure to comply with the August 6 order as directed within the time allowed, and for his failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis status* will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Majeed files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the pleading titled "Section 2241 28 U.S.C. Petition for Relief" (ECF No. 1) is denied and the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Haneef Majeed, within the time allowed, to cure the deficiencies designated in the order to cure of August 6, 2013, and for his failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __18th__ day of ____September____, 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court